UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

EUGENE ERWIN ALLEN, JR.,           )
                                   )
            Petitioner,            )
                                   )
      v.                           )          1:03-cr-00058-JAW
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended
Decision filed May 2, 2017 (ECF No. 117), the Recommended Decision is
accepted.

I have reviewed and considered the Magistrate Judge's Recommended
Decision, together with the entire record; I have made a de novo
determination of all matters adjudicated by the Magistrate Judge's
Recommended Decision; and I concur with the recommendations of the
United States Magistrate Judge for the reasons set forth in his
Recommended Decision, and determine that no further proceeding is
necessary.

Accordingly, it is hereby ORDERED that the Petitioner's Motion to
Vacate, Set Aside or Correct Sentence (2255) (ECF No. 115) be and hereby is
DISMISED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of August, 2017